371 A.2d 227

Commonwealth v. Graham, Appellant.

Submitted December 30, 1975. Barbara Bailey, Assistant Defender, and Benjamin Lerner, Defender, for appellant; John DiDonato, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.